## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TRAVIS SHAMIER WILSON** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-14-680-R** |
| | ) | |
| **TIM WILKINS, Warden, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## <u>ORDER</u>

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell.  Doc. No. 9.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Report and Recommendation is ADOPTED in its entirety and this action is TRANSFERRED to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 24th day of July, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE